Morris Bear, trading as University Hand Laundry, appellee, v. Henry Young, trading as Continental Laundry & Supply Company, appellant. Gen. No. 31,903.

Action to recover value of wet wash stolen from bailee's auto truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed

and judgment here of *nil capiat* and for costs.   Opinion filed January 18, 1928.

James D. Murphy, for appellant.   No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.